SUSAN A. MITCHELL (SBN 101114)
susan.mitchell@dentons.com
DENTONS US LLP
601 S. Figueroa Street, Suite 2500
Los Angeles, CA 90017
Telephone:     (213) 623-9300
Facsimile:     (213) 623-9924

ANDREW S. AZARMI (SBN 241407)
andrew.azarmi@dentons.com
DENTONS US LLP
Spear Tower, One Market Plaza, 24th Floor
San Francisco, California 94105
Telephone:     (415) 267-4000
Facsimile:     (415) 267-4198

FRED M. HASTON III (*admitted pro hac vice*)
thaston@bradley.com
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203
Telephone:     (205) 521-8303
Facsimile:     (205) 488-6303

Attorneys for Defendant COVESTRO LLC, F/K/A BAYER MATERIALSCIENCE LLC

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *Ex rel.* KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP,<br><br>        Plaintiff,<br><br>    v.<br><br>BASF CORPORATION; BAYER MATERIALSCIENCE LLC, f/k/a MILES, INC. f/k/a MOBAY CHEMICAL COMPANY; THE DOW CHEMICAL COMPANY; and HUNTSMAN INTERNATIONAL LLC, f/k/a IMPERIAL CHEMICAL INDUSTRIES PLC and f/k/a ICI AMERICAS, INC.,<br><br>        Defendants. | CIVIL ACTION NO. 3:15-cv-02262-JD<br>Hon. James Donato<br><br>**STIPULATION TO TRANSFER VENUE TO THE DISTRICT OF COLUMBIA** |

This matter comes before the Court on the Motion of Defendants BASF Corporation, Covestro LLC (f/k/a Bayer MaterialScience LLC)[1], The Dow Chemical Company, and Huntsman International LLC[2] to Transfer Venue to the District of Columbia Pursuant to 28 U.S.C. § 1404(a) (Doc. 72, the "Motion").  Plaintiff-Relator Kasowitz, Benson, Torres & Friedman LLP has now agreed to the transfer of venue sought in the Motion.  The parties accordingly agree and stipulate, subject to the approval of the Court, that this case be transferred to the United States District Court for the District of Columbia.

**[Signatures and order follow on next page.]**

---

[1] In the operative complaint, Plaintiff-Relator erroneously identifies Covestro LLC (f/k/a Bayer MaterialScience LLC) as "Covestro LLC (f/k/a Bayer MaterialScience LLC, f/k/a Miles, Inc., f/k/a Mobay Chemical Company)."

[2] In the operative complaint, Plaintiff-Relator erroneously identifies Huntsman International LLC as "Huntsman International LLC (f/k/a Imperial Chemical Industries PLC and f/k/a ICI Americas, Inc.)."

| | |
|---|---|
| DATED: November 2, 2016 | BRADLEY ARANT BOULT CUMMINGS, LLP |

    */s/  Fred M. Haston III*

Fred M. Haston III (*admitted pro hac vice*)
thaston@bradley.com
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203
Telephone:  (205) 521-8303
Facsimile:  (205) 488-6303

William F. Goodman III (*admitted pro hac vice*)
wgoodman@bradley.com
Roundabout Plaza, 1600 Division Street, Suite 700
Nashville, TN 37203
Telephone:  (615) 252-2381
Facsimile:  (615) 252-6381
*Attorneys for Covestro LLC*


DENTONS US LLP
    */s/  Andrew S. Azarmi*

Andrew S. Azarmi (State Bar No. 241407)
andrew.azarmi@dentons.com
Spear Tower, One Market Plaza, 24th Floor
San Francisco, California 94105
Telephone:  (415) 267-4000
Facsimile:  (415) 267-4198

Susan A. Mitchell (State Bar No. 101114)
susan.mitchell@dentons.com
601 S. Figueroa Street, Suite 2500
Los Angeles, CA 90017
Telephone:     (213) 623-9300
Facsimile:      (213) 623-9924
*Attorneys for Covestro LLC*


VENABLE LLP
    */s/  Jessica L. Grant*

Jessica L. Grant (State Bar No. 178138)
jgrant@venable.com
505 Montgomery Street, Suite 1400
San Francisco, CA 94111
Telephone:  (415) 653-3736
Facsimile:  (415) 653-3755

Seth A. Rosenthal (*admitted pro hac vice*)
sarosenthal@venable.com

3

575 7th Street, NW
Washington, DC 20004
Telephone:  (202) 344-4741
Facsimile:   (202) 344-8300
*Attorneys for BASF Corporation*


LATHAM & WATKINS LLP
       */s/  Steven M. Bauer*
Steven M. Bauer (Bar No. 135067)
steven.bauer@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California  94111-6538
Telephone:  (415) 391-0600
Facsimile:   (415) 395-8095

Alice S. Fisher (*admitted pro hac vice*)
alice.fisher@lw.com
Anne W. Robinson (*admitted pro hac vice*)
anne.robinson@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone:  (202) 637-2200
Facsimile:   (202) 637-2201
*Attorneys for The Dow Chemical Company*


KIRKLAND & ELLIS LLP
       */s/  Michael Foradas*
Michael Foradas (*admitted pro hac vice*)
mforadas@kirkland.com
Nader Boulos (*admitted pro hac vice*)
nboulos@kirkland.com
300 N. LaSalle
Chicago, IL 60654
Telephone:  (312) 862-2000
Facsimile:   (312) 862-2200

Christopher Landau (*admitted pro hac vice*)
clandau@kirkland.com
655 15th Street, N.W.
Washington, DC 20005
Telephone:  (202) 879-5000
Facsimile:   (202) 879-5200
*Attorneys for The Dow Chemical Company*

REED SMITH LLP
    */s/  Scott D. Baker*
Scott D. Baker (State Bar No. 84923)
sbaker@reedsmith.com
Raymond Cardozo (State Bar No. 173263)
rcardozo@reedsmith.com
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: (415) 543-8700
Facsimile:  (415) 391-8269

James L. Sanders (State Bar No. 126291)
jsanders@reedsmith.com
Francisca M. Mok (State Bar No. 206063)
fmok@reedsmith.com
1901 Avenue of the Stars, Suite 700
Los Angeles, CA 90067-6078
Telephone: (310) 734-5200
Facsimile:  (310) 734-5299
*Attorneys for Huntsman International LLC*


KASOWITZ, BENSON, TORRES, & FRIEDMAN LLP
    */s/  Andrew A. Davenport*
Andrew A. Davenport (*admitted pro hac vice*)
adavenport@kasowitz.com
Two Midtown Plaza, Suite 1500
1349 West Peachtree Street, N.W.
Atlanta, GA 30309
Telephone:  (404) 260-6106
Facsimile:  (404) 260-6081

Lyn Robyn Agre (Sate Bar No. 178218)
lagre@kasowitz.com
101 California Street, Suite 2300
San Francisco, CA 94111
Telephone:  (415) 421-6140
Facsimile:  (415) 398-5030
*Attorneys for Kasowitz, Benson, Torres & Friedman LLP*

5

## **CERTIFICATION**

Pursuant to Local Rule 5-1(i)(3), the filing attorney attests that he has obtained concurrence regarding the filing of this document from the indicated signatories to the document.

                        DENTONS US LLP

                        By:   */s/ Andrew S. Azarmi*
                               Andrew S. Azarmi

The clerk is directed to transfer the file in this case to the United States District Court for the District of Columbia.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Done this 10th day of November, 2016.

                                                     _____
                                                     Honorable James Donato
                                                     United States District Judge